UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | |
|---|---|
| AMY LEVENSON, | ECF CASE |
| Plaintiff, | No. 07 CV 6656 (AKH) (AJP) |
| - against - | ACKNOWLEDGMENT OF SERVICE |
| BARCLAYS PLC, BARCLAYS BANK PLC and BARCLAYS CAPITAL INC., | |
| Defendants. | |

------------------------------------X

PLEASE TAKE NOTICE that, I, Mark J. Kurman, Esq., Director of Human Resources, Barclays Capital, 200 Park Avenue, New York, New York, am authorized to accept service of process in the above-captioned action for defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. I accepted service of the Summons and Complaint for each of these defendants, as well as the Individual Practices of Judge Alvin K. Hellerstein and Magistrate Judge Andrew J. Peck, the Southern District of New York Third Amended Instructions for Filing an Electronic Case or Appeal, the Southern District of New York Guidelines for Electronic Case Filing, and the Southern District of New York Procedures for Electronic Case Filing.

Dated: New York, New York
      July 27, 2007

 

                                            Mark J. Kurman, Esq.
                                            Director of Human Resources
                                            Barclays Capital
                                            200 Park Avenue
                                            New York, New York

246505 v1