AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

## APPEARANCE

Case Number: 07 CIV 6656 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Barclays PLC, Barclays Bank PLC and Barclays Capital, Inc.

I certify that I am admitted to practice in this court.

8/23/2007
Date

*[Signature]*
Signature

Gerald C. Kuppusamy — GK-3142
Print Name — Bar Number

125 Broad Street
Address

New York — NY — 10004
City — State — Zip Code

(212) 558-4000 — (212) 558-3588
Phone Number — Fax Number