08/22/2007   13:21   VLADECK, WALDMAN, ELAIS+ENGLEHARD → 52#61436#1#12125#####   NO.971   P003

HECCERISEIMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/07
```

------------------------------x
Amy Levenson,

                Plaintiff,

   v.                         07 CV 6656 (AKH)

Barclays PLC, Barclays Bank PLC and
Barclays Capital, Inc.,

                Defendants.
------------------------------x

### STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

WHEREAS, on July 24, 2007, Plaintiff Amy Levenson filed a Complaint for damages under the Equal Pay Act, the New York State Labor Law, and other relief pursuant to the New York State Human Rights Law and the Administrative Code of the City of New York in the above captioned case;

WHEREAS, on July 27, 2007 Plaintiff served the complaint on Defendants Barclays PLC, Barclays Bank PLC and Barclays Capital, Inc.;

WHEREAS parties to this action have not previously requested any adjournments or extension of time;

IT IS HEREBY STIPULATED AND AGREED among the parties to this action that Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint is extended to September 7, 2007. In the event Defendants move to dismiss the Complaint, the parties will confer and agree to a mutually acceptable briefing schedule.

08/22/2007   13:21   VLADECK, WALDMAN, ELAIS+ENGLEHARD → 52#61436#1#12125583599#   NO.571   P004

Dated: New York, New York
August 22, 2007

_____
Robin D. Fessel (RF9194)
Gerald C. Kuppusamy (GK3142)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Counsel for Defendant,*
*Barclays PLC, Barclays Bank PLC*
*Barclays Capital, Inc.*

_____
Anne C. Vladeck (AV4857)
Maia Goodell (MG8905)
VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7300

*Counsel for Plaintiff,*
*Amy Levenson*

SO ORDERED, this ___ day of August 2007.

_____
United States District Judge   *Part I Judge*
**LAURA TAYLOR SWAIN U.S.D.J.**