AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__                    DISTRICT OF                    __New York__

## APPEARANCE

Case Number: 07 CV 6656 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Barclays PLC, Barclays Bank PLC, Barclays Capital, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/5/07 | _[signature]_ Robin D. Fessel |
| Date | Signature |
| | Robin D. Fessel     RF-9194 |
| | Print Name     Bar Number |
| | 125 Broad Street |
| | Address |
| | New York    NY    10004 |
| | City    State    Zip Code |
| | (212) 558-4000     (212) 558-3358 |
| | Phone Number     Fax Number |