UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Amy Levenson,

                      Plaintiff,

              v.                    07 CV 6656 (AKH)

Barclays PLC, Barclays Bank PLC and
Barclays Capital, Inc.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants, Barclays Bank, PLC and Barclays Capital Inc., disclose that they are wholly owned subsidiaries of Barclays PLC, and that no publicly traded company owns ten percent (10%) or more of the stock of either defendant.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, Barclays PLC discloses that it does not have a parent company and no publicly traded company holds ten percent (10%) or more of its stock.

Dated: New York, New York
       September 10, 2007

                                                s/ Robin D. Fessel
                                             Robin D. Fessel (RF 9194)
                                             Gerald C. Kuppusamy (GK3142)
                                             SULLIVAN & CROMWELL LLP
                                             125 Broad Street
                                             New York, NY 10004
                                             (212) 558-4000

                                             *Counsel for Defendants, Barclays PLC,*
                                             *Barclays Bank PL, Barclays Capital, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of September, 2007, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be served by registered mail postage pre-paid upon:

    Anne C. Vladeck
    Maia Goodell
    VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
    1501 Broadway, Suite 800
    New York, NY 10036

    *Attorneys for Plaintiff*

                                                /s/ Gerald C. Kuppusamy
                                                Gerald C. Kuppusamy (GK3142)