UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

AMY LEVENSON,

        Plaintiff,

        v.

BARCLAYS PLC, BARCLAYS BANK PLC
and BARCLAYS CAPITAL INC.,

        Defendants.

------------------------------------------------------X

07 CV 6656

Judge Hellerstein

NOTICE OF
APPEARANCE AS
<u>CO-COUNSEL</u>

LADIES AND GENTLEMEN:

    Please take notice that Ackerman, Levine, Cullen, Brickman & Limmer, LLP, has been retained as co-counsel by, and hereby appears in such capacity for, the defendants in this action, and hereby demands that you serve all notices and papers upon the undersigned at the address given below.

Dated: March 19, 2008

                                      ACKERMAN, LEVINE, CULLEN,
                                      BRICKMAN & LIMMER, LLP

                                      By: _____
                                         John M. Brickman (JB 2639)
                                      A Member of the Firm
                                      Co-Counsel for Defendants
                                      1010 Northern Boulevard, Suite 400
                                      Great Neck, New York 11021
                                        (516) 829-6900

TO: VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
    Attorneys for Plaintiff
    1501 Broadway, Suite 800
    New York, New York 10036

SULLIVAN & CROMWELL LLP
Attorneys for Defendants
125 Broad Street
New York, New York 10004

226972