VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172



Motions decided as per rulings on record of May 1, 2008. So ordered. 5/1/08
/s/ AKH

April 16, 2008

**By Hand**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street - Room 1050
New York, New York 10007

Re:   *Amy Levenson* v. *Barclays PLC*, et al.;
      07 CV 6656 (AKH) (AJP)

Dear Judge Hellerstein:

Pursuant to Rule 2.E of Your Honor's Individual Rules, the parties submit this letter concerning discovery. Pursuant to Fed. R. Civ. P. 37(a)(2)(A), Rick Fessel and Gerald Kuppusamy for defendants and Anne Vladeck and Maia Goodell for plaintiff met and conferred by telephone on March 4 and March 5 for a total of approximately three hours, with follow-up telephone calls and correspondence.

**Plaintiff's Position**

We represent plaintiff Amy Levenson ("Levenson" or "plaintiff") in this action against defendants Barclays Plc, Barclays Bank Plc, and Barclays Capital Inc. ("Barclays Capital") (collectively "Barclays," "Bank," or "defendants"). We write to ask the Court: (1) to compel discovery with respect to various of plaintiff's written discovery requests, pursuant to Fed. R. Civ. P. 26(b)(1); (2) for a deadline for defendants to produce outstanding written discovery promptly by a date the Court deems reasonable, pursuant to Fed. R. Civ. P. 26(c)(1)(B).

**Defendants' Position**

For the reasons described below, Barclays does not believe that any additional production is warranted. If, however, the Court disagrees, Barclays obviously agrees with

250909 v4