# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY



July 11, 2008

By Hand

Honorable Alvin K. Hellerstein,
   United States District Court,
      Southern District of New York,
         500 Pearl Street - Room 1050,
           New York, New York 10007.

      Re:   *Amy Levenson* v. *Barclays PLC*, et al.;
            07 Civ 6656 (AKH)

Dear Judge Hellerstein:

*[Handwritten note: The conference is adjourned to July 25, 2008 at 9:30 am. So ordered. 7-15-08]*

      I write to request that the time of the status conference scheduled for July 18, 2008 be changed from 9:30 a.m. to noon or later that day.

      The conference was originally scheduled for July 11, but was rescheduled to July 18 pursuant to the Court's July 1, 2008 Order. On June 25, 2008—when the conference was scheduled for July 11—I gave a FINRA arbitration panel (Arbitration No. 06-01433) dates of availability for a conference, including July 18. Yesterday, FINRA advised that the conference has been scheduled for July 18 at 10:00 a.m., which conflicts with the present timing of the status conference.

      Plaintiff's counsel has no objection to the change of time requested.

                      Respectfully submitted,

                      Robin D. Fessel

cc:  Anne C. Vladeck
      (Vladeck, Waldman, Elias & Engelhard, P.C.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08