# EXHIBIT 10

Exhibit designated as "Confidential" pursuant to the July 23, 2008 Confidentiality Stipulation ("Stipulation"); will be filed following five days' notice to the designator pursuant to Paragraph 6 of the Stipulation.

260690 v1