**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____X

| | |
|---|---|
| **AMY LEVENSON** | |
| **Plaintiff,** | **ECF CASE** |
| | **07 Civ 6656 (AKH)** |
| v. | **PLAINTIFF'S MOTION IN LIMINE TO BAR THE EXPERT REPORTS AND PRECLUDE THE TESTIMONY OF DR.STUART KLEINMAN** |
| **BARCLAYS PLC, BARCLAYS BANK PLC AND BARCLAYS CAPITAL, INC.,** | |
| **Defendants** | |

_____X

### PLAINTIFF'S MOTION *IN LIMINE* TO BAR THE EXPERT REPORTS AND PRECLUDE THE TESTIMONY OF DR. STUART KLEINMAN

**PLEASE TAKE NOTICE THAT,** with the accompanying Plaintiff's Memorandum in Support of Plaintiff's Motion *In Limine* to Bar the Expert Reports and Preclude the Testimony of Dr. Stuart Kleinman, Plaintiff in the above captioned matter, by and through her attorneys, Nelkin & Nelkin, P.C. hereby moves this Court to bar the expert reports of Dr. Stuart Kleinman and to preclude Dr. Kleinman from testifying at trial.

Respectfully submitted

*(signature)*

Stuart M. Nelkin
Texas Bar No. 14884000
Carol Nelkin
Texas SBN: 14883500
Jay P. Nelkin (JN 7743)
NELKIN & NELKIN, P.C.
5417 Chaucer Drive
Houston, Texas 77005
(713) 526-4500 Telephone
(281) 825-4161 Facsimile
*Attorneys for Plaintiff Amy Levenson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2010 a true and correct copy of the foregoing was served on counsel of record listed below in accordance with the E-Filing procedures of the Federal Court system:

**Robin D. Fessel**
Gerald C. Kuppusamy
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

**John M. Brickman**
Ackerman, Levine, Cullen, Brickman, & Limmer, LLP
1010 Northern Boulevard
Suite 400
Great Neck, NY 11021

*(signature)*

Stuart M. Nelkin

Wdx 00006103