UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
                                                              :
AMY LEVENSON,                                                 :      **ORDER DISMISSING CASE**
                                                              :
                              Plaintiff,                      :      07 Civ. 6656 (AKH)
                                                              :
        -against-                                             :
                                                              :
                                                              :
BARCLAYS, PLC; BARCLAYS BANK, PLC;                            :
BARCLAYS CAPITAL, INC.,                                       :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties having reached a settlement agreement as set forth on the record of

proceedings for December 30, 2010, this case is hereby dismissed with prejudice.

        The Clerk shall mark all pending motions (Doc. Nos. 82, 87, 89, 91, 94, 96, 98,

105) terminated and the case closed.

        SO ORDERED.

Dated:      January 27, 2011
            New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge

1